FILED
CLERK, U.S. DISTRICT COURT

MAR 14 2013

CENTRAL DIST...
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GARIK GALSTYAN<br><br>    Defendant. | CASE NO. 11-CR-72<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The court finds no condition or combination of conditions that will reasonably assure:

    (A) [X] the appearance of defendant as required; and/or

    (B) [X] the safety of any person or the community.

//
//

1  The court concludes:
2  A.  (✓) Defendant poses a risk to the safety of other persons or the community
3      because defendant has not demonstrated by clear and convincing
4      evidence that:
5      _he will comply with his dry_
6      _conditions._
7
8
9
10 (B) (✓) Defendant is a flight risk because defendant has not shown by clear
11     and convincing evidence that:
12     _he has viable bail resources at_
13     _this time._
14
15
16
17     IT IS ORDERED that defendant be detained.
18
19
20
21 DATED: 3·14·2013
22
23
24                         HONORABLE JAY C. GANDHI
                           UNITED STATES MAGISTRATE JUDGE
25
26
27
28

2